```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KEVIN WALKER,
                                                        :
                Plaintiff,                                                  ORDER
                                                        :
        -v.-                                                                21-CV-7887 (JSR) (KHP)
                                                        :                   16-CR-0567 (JSR)
UNITED STATES OF AMERICA,
                                                        :
                Defendant.
------------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2022

**KATHARINE H. PARKER, United States Magistrate Judge**

The Court has received Plaintiff's letters dated January 24, 2022 and March 7, 2022 requesting an extension of his time to file a reply and a court conference before the undersigned. (ECF Nos. 15-16.) Plaintiff's requests are GRANTED. I hereby order the following:

Plaintiff shall have until **May 31, 2022**, to file his reply.

A telephonic Case Management Conference is hereby scheduled for **April 12, 2022 at 11:00 a.m.** It is hereby **ORDERED** that the Warden or other official in charge of the United States Penitentiary, Canaan produce plaintiff **Kevin Walker, Register Number 75832-054,** on **April 12, 2022, no later than 11:00 a.m.,** to a suitable location within the facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the United States Penitentiary, Canaan to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) call Judge

Parker's teleconference line at the scheduled time with the Plaintiff already on the phone.

**Please dial (866) 434-5269, Access code: 4858267**.

**The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

**SO ORDERED.**

Dated: New York, New York
         March 24, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge