```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KEVIN WALKER,

        Plaintiff,

      -v.-

UNITED STATES OF AMERICA,

        Defendant.
------------------------------------------------------------------------x

**ORDER**

21-CV-7887 (JSR) (KHP)
16-CR-0567 (JSR)

**KATHARINE H. PARKER, United States Magistrate Judge**

    As discussed at the Case Management Conference held on April 12, 2022, Plaintiff shall have until July 15, 2022, to file his reply to Defendant's opposition.  Counsel for Defendant shall send the authorities cited in its brief to Plaintiff by April 26, 2022.

    **The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

**SO ORDERED.**

Dated: New York, New York
       April 12, 2022

*[signature: Katharine H. Parker]*

KATHARINE H. PARKER
United States Magistrate Judge