USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KEVIN WALKER,

           Plaintiff,

       -v.-

UNITED STATES OF AMERICA,

           Defendant.
------------------------------------------------------------------------x

**ORDER**

21-CV-7887 (JSR) (KHP)
16-CR-0567 (JSR)

**KATHARINE H. PARKER, United States Magistrate Judge**

    In light of the Second Circuit's decision issued today in *United States v. Chappelle*, No. 20-3835, 2022 WL 2837807 (2d Cir. July 21, 2022), by August 12, 2022, counsel for the government shall file supplemental briefing indicating what impact (if any) this decision has on Plaintiff's pending habeas application.

    **The Clerk of Court is requested to mail a copy of this order to the *pro se* Plaintiff.**

**SO ORDERED.**

Dated: New York, New York
       July 21, 2022

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge