UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin Walker,<br><br>    Plaintiff,<br><br>    -v-<br><br>United States of America.<br><br>    Defendant. | 21-cv-07887 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On September 30, 2022, the Court adopted the Report and Recommendation dismissing the defendant's § 2255 petition with prejudice. See Dkt. 22. Having just received the defendant's letter dated September 21, 2022 in which he details his reasons for not being able to timely file his opposition to the Report and Recommendation, the Court hereby grants the defendant leave to file a motion for reconsideration of the Court's order by November 23, 2022.

    SO ORDERED.

New York, NY
October 13, 2022

_____
JED S. RAKOFF, U.S.D.J.

1